1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SUCCESS MARKET, et al.,
      Plaintiffs,

v.

UNITED STATES OF AMERICA,
      Defendant.

Case No.:  2:23-cv-02262-AB-AFM

[~~PROPOSED~~] ORDER DISMISSING CASE

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed joint stipulation of the parties (Dkt. No. 45), this action is dismissed with prejudice. Each party will bear its own fees, costs, and expenses.

Dated:  January 30, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1